961 A.2d 1229

**William BISHOP, Respondent**

**v.**

**TIOGA QUAKER CITY GOLF CLUB, INC., Carol Tribble, Arthur Tribble, Irving Graham a/k/a/ Willie E. Graham And Lawrence Wright, Petitioners.**

**No. 145 EM 2008.**

Supreme Court of Pennsylvania.

Dec. 3, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2008, Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**

961 A.2d 1229

**Stephen FRIED and Diane Ayers, Respondents**

**v.**

**Lisa COLTON, Petitioner.**

**No. 139 EM 2008.**

Supreme Court of Pennsylvania.

Dec. 3, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2008, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**